**In the Matter of C.W.A., a minor.**

**Mark KING and Pam King, Petitioners/Respondents,**

v.

**Larry LeVALL, Respondent/Appellant.**

**No. 71101.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 25, 1997.

Elaine C. Bachman, St. Louis, for appellant.

Thurman, Howard, Weber, Senkel & Norrick, L.L.C., Hillsboro, Dodson, Breeze, Kister, Roberts & Millan, L.C., Kurt D. Breeze, Festus, for respondents.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

***ORDER***

PER CURIAM.

The Circuit Court of Jefferson County found Larry LeVall to be the father of the minor child, C.W.A. Additionally the court appointed Pamela and Mark King to be the child's guardians and conservators.

Larry LeVall appeals the appointment of the Kings as guardians and conservators for his child. An opinion restating the principles of law would have no precedential value. We affirm the decision pursuant to Rule 84.16(b).